**JAMES F. GUNN**
**FIVE TROLL COURT**
**MANCHESTER, MO 63011**

Tuesday, March 1, 2016

Carol E. Jackson – US District Judge
Eastern District of Missouri
Thomas F Eagleton Court House
111 S. 10th Street
St. Louis, MO 63102

Re: <u>Cris Cristea Sentencing</u>

Dear Judge Jackson:

I hope this letter finds you well.

I retired last year after practicing law for fifty years. During that period, I had the opportunity to represent a broad spectrum of health care clients. For about ten years I assisted Cris Cristea's employers by managing transactions involving both the purchase and sale of other health care companies.

In each of these transactions Cris was my primary client contact. I relied on Cris for numerous representations about the financial and operating conditions of his employer. Not once has any of those representations been challenged as being anything but 100% true and complete.

I am not knowledgeable of the nature of the charges being levied against Cris at this time. I do know that, during the numerous matters I represented Cris' employers, his integrity and honesty were never questioned. I respectfully request that you take my dealings with Cris into consideration as you consider his sentencing.

Thank you for this opportunity.

Sincerely,

*[signature]*
James F. Gunn

James F. Gunn
5 Troll Court
Manchester, MO 63011



RECEIVED

MAR 04 2016

BY MAIL

Carol E. Jackson - US District Judge
Thomas F Eagleton Court House
111 S. 10th Street
St. Louis, Mo 63102

6310211232S