UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. S1-4:14CR00311 CEJ (DDN) |
| | ) |
| CRISTOPHER M. CRISTEA, | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S RESPONSE TO PRESENTENCE INVESTIGATION REPORT**

COMES NOW, the United States of America, by and through Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Steven A. Muchnick, Assistant United States Attorney for said District, and for the Government's Response To Presentence Investigation Report [Doc. #163], states as follows:

The Government has no objection to the Presentence Investigation Report submitted to the parties.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney


s/*Steven A. Muchnick*
STEVEN A. MUCHNICK   #27597MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
314-539-2200

CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

    N. Scott Rosenblum – Attorney for Defendant Cristopher M. Cristea
    John P. Rogers – Attorney for Defendant Cristopher M. Cristea
    Thomas B. Sullivan – United States Probation Officer

                      s/ *Steven A. Muchnick*
                      STEVEN A. MUCHNICK   #27597MO
                      Assistant United States Attorney