UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. S1-4:14-CR-311 (CEJ) |
| CHRISTOPHER CRISTEA, | ) ) ) | |
| Defendant. | ) | |

**NOTICE**

Defendant Christopher Cristea entered plea of guilty pursuant to a plea agreement in which he and the government agreed to a specific sentence of imprisonment. *See* Fed. R. Crim. P. 11(c)(1)(C). The sentencing hearing is scheduled for April 20, 2016. After reviewing the presentence report, it is the intention of the court to reject the plea agreement.

In order to comply with Rule 11(c)(5), the court will inform the parties at the hearing that the plea agreement is rejected, will give the defendant the opportunity to withdraw his guilty plea, and will advise the defendant that if he does not withdraw his guilty plea, he may receive a sentence that is more severe than that contemplated by the plea agreement. The defendant will be allowed sufficient time to consult with his attorney.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 19th day of April, 2016.