UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:14-CR-311 CEJ |
| CHRISTOPHER M. CRISTEA, | ) | |
| Defendant. | ) | |

## ORDER

Pursuant to 28 U.S.C. § 636(b), the Court referred all pretrial matters in this case to United States Magistrate Judge David D. Noce for determination and recommended disposition, where appropriate. On December 14, 2015, Judge Noce issued a Report and Recommendation, recommending that the defendant's motion to sever counts be granted. No objections to the Report and Recommendation have been filed, and the time allowed for doing so has expired.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge David D. Noce [Doc. # 144] is sustained, adopted, and incorporated herein.

**IT IS FURTHER ORDERED** that the defendant's motion to sever counts [Doc. # 136] is **granted** and Counts 1 through 6 of the indictment are severed from Count 7.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 20th day of April, 2016.