## United States District Court
Eastern District of Missouri
111 S. 10th Street, Rm.3.300
St. Louis, Missouri 63102

*Gregory J. Linhares*  Phone: 314-244-7900
  *Clerk of Court*

IN RE: THE BUSINESS OF THE COURT

# ORDER

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to forward the following domestic passports to the United States Department of State, CA/PPT/L/LA 44132 Mercure Circle, PO BOX 1227, Sterling, VA  20166-1227.

| Defendant Name | Passport Number | Case Number | JCC Date |
| --- | --- | --- | --- |
| Cristopher M. Cristea | 447045542 | 4:14-CR-0311-CEJ-001 | 10/21/2016 |
| Carl Jay Garber, Jr. | 463609127 | 4:16-CR-0309-CEJ-001 | 11/03/2016 |
| David Corey Tolle | 406329584 | 4:14-CR-0311-CEJ-002 | 10/27/2016 |

Dated this 8th day of November, 2016.

_____
Rodney W. Sippel
Chief United States District Judge