UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:14-CR-00311 CEJ |
| | ) | |
| CRISTOPHER M. CRISTEA, | ) | |
| DAVID COREY TOLLE, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

The above referenced case was originally assigned to Judge Carol E. Jackson who has

since retired from the Court.

**IT IS THEREFORE ORDERED** that the above styled cause is randomly reassigned to

the Honorable Audrey G. Fleissig.


April 30, 2018                                    GREGORY J. LINHARES
Date                                                  CLERK OF COURT

                                                      By: /s/ Katie Spurgeon
                                                          Operations Manager


**In all future documents filed with the Court, please use the following case number:
4:14-CR-00311 AGF.**